IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | FILED UNDER SEAL |
| Plaintiff | ) | Criminal No. 23-20123 TLP |
| v. | ) | |
| EFE EGBOWAWA, a/k/a Steven Jeremiah, Jeremiah Steven, and Emmanuel Jeremiah; IGHOCHA MAC-OKOR; KAY OZEGBE; PATRICK EDAH; and IKEYAN PERRY BILLE; | ) | 18 U.S.C. § 2
18 U.S.C. § 1341
18 U.S.C. § 1349
18 U.S.C. § 1956 |
| Defendants. | ) | |

## ORDER MOTION TO SEAL INDICTMENT

Upon motion of the United States and for good cause shown, the indictment against the above-named defendants is hereby ordered sealed until further order of the Court.

THIS, the 29th day of June, 2023.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE