IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | NO. 2-23-CR-20123 |
| VS. ) | |
| ) | |
| ) | |
| EFE EGBOWAWA ) | |

---

### DEFENDANT J EFE EGBOWAWA'S POSITION REGARDING THE PRESENTENCE INVESTIGATION REPORT

---

Efe Agbowawa, through counsel, has received and read the Presentence Investigation Report prepared and filed by U.S. Probation. He does not make any objections to the findings or recommendations contained in the report.

                                                Respectfully submitted,

                                                */s/Patrick E. Stegall*
                                                TN Bar #24728
                                                493 North Front Street, Suite 104
                                                Memphis, TN 38105
                                                (901) 205-9894
                                                pstegall@stegall-law.com

### **CERTIFICATE OF SERVICE**

    I hereby certify that on April 16, 2024, I served a true and correct copy of the foregoing upon representatives for the United States via CM/ECF.

                                                */s/Patrick E. Stegall*