June 26, 2024

RECEIVED

SEP 13 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN Memph

To the Honorable Magistrate Judge Thomas M. Parker
Magistrate Judge - 6th Circuit - USDC - Western Distr. - Memphis, TN
167 N. Main Str. - Suite 242
Memphis, TN 38103

23-20123

RE: 2-Point Reduction for Efe Egbowawa - # 66675-510

Dear Magistrate Judge Parker -

    I - Efe Egbowawa - wish to apologise to you, on my actions towards the day you sentneced me on the 17th of April - 2024.

    Please Judge - have MERCY on me - I know my actions are NOT acceptable, BUT - have mercy on me. I know you did NOT intend to sentence me to 60 months, BUT - my behavior that day of sentencing cost me that. I have been told by several people you are a good and fair Judge, Please let me benefit from your goodness.

    I have come to you as a son, will come to his father for forgiveness, please forgive me and give me 'time-served' or what you intented to sentence me to as your good will.

    I have applied for the two point reduction-please use this opportunity to grant me my wish, whatever you do for me shall never be in vain.

Respectfully Submitted -

Efe Egbowawa - #66675-510
FCI - Camp - El Reno, OK
P.O. Box 1500 - Camp
El Reno, OK 73036