EFE EGBOKHWH - #66675510
CASE NUMBER - 2:23-CR 20123
FEDERAL CORRECTION INSTITUTION
P.O BOX 1500 - CAMP
EL RENO, OK 73036

RECEIVED

DEC 27 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN. Memphis

OFFICE OF THE COURT CLERK
USDC - WESTERN DISTR. MEMPHIS
167 N. MAIN STR - SUITE 242
MEMPHIS, TN 38103

REQUEST FOR RE: CONSIDERATION OF MY SENTENCE AND TWO-POINT REDUCTION

Dear Honorable Judge Thomas L. Packer, I Efe Egbowawa with case USDU #2:23-CR-20123, Am writting this letter to humble apologise for my action and the role i play in the event that lead to my conviction and sentence.

I deeply regret the mistake i have made and acknowledge the seriousness of my action. I am truly sorry for the harm i have caused, and i accept full responsibility for my behaviour.

I am reaching out with the utmost respect and hope for fairness regarding the issue of enhancement and calculation used to determine my sentence, It appears that the calculation was based on the total amount in my account rather than the actual amount of lost.

This discrepancy have significantly impacted the length of my sentence. During the plead aggrement process, my attorney assure me that the issue will be address at the sentence hearing, ow ever when the day arrive he said little to nothing about it.

This lead me frustrated and feeling bad that my concern where not adequately represented, I believed this error has lead to a harsh penalty than what was not fair or warranted under the circumstances

Your HONOUR i am earnestly asking for your mercy and fairness in reconsidering my sentence and allow for my two-point reduction.

I am committed to make amend and turn my life around, I hope you might reconsider the miss calculation when reviewing my request

Thanks you for taking time to consider my letter. I have faith in the justice system's and capacity of fairness and compassion, I am hopefull for an opportunity to correct this matter

Yours sincerly

Efe Egbowawa
12/03/2024